

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | JUDGE GAUGHAN |
| v. | ) ) | CASE NO.: 19 CR 321 |
| GLEN EWING, JR. | ) ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) ) | |

COUNT 1
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about January 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant GLEN EWING, JR. did knowingly and intentionally distribute approximately 5.18 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant GLEN EWING, JR. shall forfeit to the United States any and all

property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.